UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

Plaintiff,

v.

EXPEDIA, INC.,

Defendant.

Cause No. C19-0896RSL

ORDER REGARDING NATIONAL
UNION'S MOTION FOR
RECONSIDERATION

This matter comes before the Court on National Union's motion for reconsideration of three aspects of the September 8, 2020, order denying National Union's request for judgment on the pleadings. Dkt. # 26. Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiff has not met its burden with regards to the second and third errors alleged. With regards to the first of the alleged error, however, clarification is appropriate. National Union has not conceded that the underlying claims fall within the insuring agreement of the Special Professional Liability or Media Content coverage provisions, and the underlying order will be amended to clarify that, for purposes of the motion for judgment on the pleadings, National Union simply did not contest that issue.

ORDER REGARDING NATIONAL UNION'S
MOTION FOR RECONSIDERATION - 1

1     Dated this 5th day of October, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING NATIONAL UNION'S
MOTION FOR RECONSIDERATION - 2