UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EXPEDIA, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 2:19-cv-00896<br><br>**JOINT STIPULATION AND ORDER STAYING CASE** |

Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. and defendant Expedia, Inc. hereby jointly stipulate to a 90-day stay of this matter in order to effectuate a settlement agreement which will resolve all claims and counterclaims asserted herein. On December 10, 2020, the parties notified the Court's Courtroom Deputy that they had reached an agreement to settle this case. However, because this insurance coverage matter involves an underlying lawsuit, *Buckeye Tree Lodge and Sequoia Village Inn, LLC et al. v. Expedia Inc. et al.*, Case No. 3:16-cv-04721-VC in the U.S. District Court for the Northern District of California, that may take some time to conclude, the parties require additional time before this case can be dismissed. Accordingly, the parties propose a 90-day stay from the entry of the attached proposed order. If the parties have not filed a notice of dismissal by the end of that period, they will provide the court with a status update.

JOINT STIPULATION AND ORDER STAYING CASE - 1

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

DATED: January 21, 2021

**GORDON TILDEN THOMAS & CORDELL LLP**

By /s/ Susannah C. Carr
  Franklin D. Cordell, WSBA #26392
  Susannah C. Carr, WSBA #38475
  Miles C. Bludorn, WSBA #54238
  600 University Street, Suite 2915
  Seattle, Washington 98101
  206.467.6477

Attorneys for Defendant Expedia, Inc.

**JENSEN MORSE BAKER PLLC**

By /s/ Gabriel Baker
  Gabriel Baker, WSBA No. 28473
  Benjamin J. Roesch, WSBA No. 39960

Attorneys for Plaintiff National Union
Fire Insurance Company of Pittsburgh, Pa.

JOINT STIPULATION AND ORDER STAYING CASE - 2

# ORDER

Pursuant to the joint stipulation of the Parties, and for good cause shown, this case shall be stayed for ninety (90) days from entry of this order, except that the parties may dismiss this case during that time. If this matter has not been resolved within that period, the parties shall file a joint status report on or before April 23, 2021.

Dated this 21st day of January, 2021.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK
United States District Judge