THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., ) ) | Case No. 2:19-cv-00896 |
| Plaintiff, ) ) | **JOINT STATUS REPORT AND STIPULATION TO EXTEND STAY** |
| v. ) ) | |
| EXPEDIA, INC., ) ) | |
| Defendant. ) ) ) | |

Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. and defendant Expedia, Inc. (collectively, the "Parties") hereby submit their joint status report pursuant to the Court's January 21, 2021 order staying the above-captioned matter. *See* Dkt. 30. As previously reported, the Parties have reached an agreement in principle to settle this insurance coverage lawsuit, which involves the insurance coverage available for an underlying class-action lawsuit, *Buckeye Tree Lodge and Sequoia Village Inn, LLC et al. v. Expedia Inc. et al.*, U.S. District Court for the Northern District of California Case No. 3:16-cv-04721-VC. On April 9, 2021, the *Buckeye Tree* court approved a class action settlement which will resolve the underlying lawsuit. Accordingly, the Parties request that the Court extend the stay of this lawsuit for an additional 30 days to allow the settlements of both the *Buckeye Tree* lawsuit and this lawsuit to be finalized. If the Parties have not filed a notice of dismissal by the end of that period, they will provide the court with a status update.

JOINT STATUS REPORT AND STIPULATION TO
EXTEND STAY - 1

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1

2    DATED: April 22, 2021

3

4                                      **GORDON TILDEN THOMAS & CORDELL LLP**

5

6                                      By /s/ Susannah C. Carr
7                                          Franklin D. Cordell, WSBA #26392
                                           Susannah C. Carr, WSBA #38475
8                                          Miles C. Bludorn, WSBA #54238
                                           600 University Street, Suite 2915
9                                          Seattle, Washington 98101
                                           206.467.6477
10

11                                         Attorneys for Defendant Expedia, Inc.

12                                     **JENSEN MORSE BAKER PLLC**

13

14                                     By /s/ Gabriel Baker
                                          Gabriel Baker, WSBA No. 28473
15                                        Benjamin J. Roesch, WSBA No. 39960

16
                                           Attorneys for Plaintiff National Union
17                                         Fire Insurance Company of Pittsburgh, Pa.

18

19

20

21

22

23

24

25

26

27

JOINT STATUS REPORT AND STIPULATION TO
EXTEND STAY - 2

1

## <u>ORDER</u>

2

Pursuant to the joint stipulation of the Parties, and for good cause shown, this case shall

3

be stayed for thirty (30) days from entry of this order, except that the parties may dismiss this

4

case during that time.

5

6

7      IT IS SO ORDERED this <u>23rd</u> day of _____April_____, 2021.

8

9      _____
       HONORABLE ROBERT S. LASNIK

10     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STATUS REPORT AND STIPULATION TO
EXTEND STAY - 3

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550