UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Plaintiff,

v.

EXPEDIA, INC.,

    Defendant.

NO. 2:19-cv-00896 RSL

JOINT NOTICE OF SETTLEMENT AND STIPULATION AND ORDER RE DISMISSAL OF CLAIMS

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby notify the court that they have reached a settlement in this matter. They stipulate that all claims between them in this matter may be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

JOINT NOTICE OF SETTLEMENT AND STIPULATION AND ORDER RE DISMISSAL OF CLAIMS- 1
No. 2:19-cv-00896

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 18th day of May, 2021.

**GORDON TILDEN THOMAS & CORDELL LLP**

By   *s/Susannah C. Carr*
Franklin D. Cordell, WSBA #26392
Susannah C. Carr, WSBA #38475
Miles C. Bludorn, WSBA #54238
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com
scarr@gordontilden.com
mbludorn@gordontilden.com;

Attorneys for Defendant Expedia, Inc.

**JENSEN MORSE BAKER PLLC**

By *s/   Gabriel Baker*
Gabriel Baker, WSBA No. 28473
Benjamin J. Roesch, WSBA No. 39960
1809 Seventh Avenue, Suite 410
Seattle, WA 98101
206.682.1846
gabe.baker@jmblawyers.com
Benjamin.roesch@jmblawyers.com

Attorneys for Plaintiff National Union
Fire Insurance Company of Pittsburgh, Pa.

JOINT NOTICE OF SETTLEMENT AND STIPULATION
AND ORDER RE DISMISSAL OF CLAIMS- 2
No. 2:19-cv-00896

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**ORDER**

Pursuant to the Joint Notice of Settlement and Stipulation signed by all counsel of record, IT IS HEREBY ORDERED that all claims asserted by the parties against each other in this matter are DISMISSED WITH PREJUDICE and each party shall bear its own fees and costs.

Dated this 19th day of May, 2021.

*[signature: M S Lasnik]*
The Honorable Robert S. Lasnik
United States District Court

JOINT NOTICE OF SETTLEMENT AND STIPULATION
AND ORDER RE DISMISSAL OF CLAIMS- 3
No. 2:19-cv-00896

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477